**Order entered August 1, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00400-CV

## IN THE INTEREST OF B.E.T., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-16-0527**

## ORDER

Before the Court is appellant's July 25, 2017 motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief tendered to this Court by appellant on July 26, 2017 filed as of the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE